JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

TOMMY COLE,

               Petitioner,

     v.

TRACY JOHNSON, Warden,

               Respondent.

Case No. CV 23-10913 GW (RAO)

JUDGMENT

    IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Order Summarily Dismissing Successive Petition for Writ of Habeas Corpus for Lack of Jurisdiction and Denying Certificate of Appealability.

DATED: January 5, 2024

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE